PHILLIP A. TALBERT
United States Attorney
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4827
Email: Sharon.Lahey@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASON LEROY ROBERTS,<br><br>       Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:22-cv-00654-ADA-GSA<br><br>STIPULATION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) AND ENTRY   OF JUDGMENT |

IT IS HEREBY STIPULATED by and between Jason Leroy Roberts (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings. Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

/ / / /

/ / / /

/ / / /

decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: December 6, 2022            PENA & BROMBERG, PC

By:/s/ *Jonathan Pena*_____
JONATHAN PENA
Attorneys for Plaintiff
(*As authorized by e-mail on December 6, 2022)

Dated: December 6, 2022            PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*_____
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final of the Commissioner.

IT IS SO ORDERED.

Dated:   **December 6, 2022**            _____**/s/ Gary S. Austin**\_\_\_\_\_
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:22-cv-00654-ADA-GSA